**96–2786.   State v. Cola.**
Cuyahoga App. No. 70483. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

## MISCELLANEOUS DISMISSALS

**96–2310.   State ex rel. Blair v. Kenmack Lumber, Inc.**
Franklin App. No. 95APD09–1232. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief, due December 23, 1996, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*